**Order entered April 7, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00963-CR

### AURORA SONANO REYES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 382nd Judicial District Court
Rockwall County, Texas
Trial Court Cause No. 2-17-0510**

### ORDER

Before the Court is the State's April 3, 2020 second motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief due on or before April 17, 2020.

/s/    CORY L. CARLYLE
       JUSTICE